## SHARP BROS. v. THOMPSON, *Treasurer.*

No. 4319.   Opinion Filed May 18, 1915.

(149 Pac. 123.)

**FAILURE TO FILE BRIEF.** Syllabus the same as in No. 4314, W. H. S. Brown v. J. P. Thompson, Treasurer, ante.

*Error from District Court, Cherokee County;*

*John H. Pitchford, Judge.*

Action between Sharp Bros. and J. P. Thompson, Treasurer. From the judgment, Sharp Bros. brings error. Dismissed.

*J. I. Coursey,* for plaintiff in error.

*Houston B. Teehee,* for defendant in error.

DEVEREUX, C.   The facts of this case are the same as in No. 4314, *ante,* 149 Pac. 122, just decided.   We therefore recommend that this appeal be dismissed.

By the Court: It is so ordered.